UNITED STATES of America,
Plaintiff-Appellee,

v.

STATE OF WASHINGTON; Department of Revenue of the State of Washington; and Charles W. Hodde, Director of Revenue, and his successors in office, Defendants-Appellants.

No. 78–1424.

United States Court of Appeals,
Ninth Circuit.

May 19, 1983.

Leland T. Johnson, Washington, D.C., for defendants-appellants; Slade Gorton, Atty. Gen. and Richard H. Holmquist, Sr. Asst. Atty. Gen., Olympia, Wash., on brief.

John J. McCarthy, Jr., Tax Div., U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellee; M. Carr Ferguson, Asst. Atty. Gen., Tax Division, U.S. Dept. of Justice, Washington, D.C., on brief.

Before ANDERSON and SKOPIL, Circuit Judges, and BYRNE,* District Judge.

ORDER

The United States Supreme Court has reversed our decision (654 F.2d 570) in this case. *State of Washington, et al. v. United States,* —— U.S. ——, 103 S.Ct. 1344, 75 L.Ed.2d 264 (1983).

We remand to the district court for further proceedings in conformity with the Opinion of the United States Supreme Court.